B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

Case No. **13 B 43752**

In re **Ivette Caban**

Debtor(s)

Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **76.50** Check one ☐ With the filing of the petition, or
☒ On or before **December 18, 2013**

$ **76.50** on or before **December 31, 2013**

$ **76.50** on or before **January 26, 2014**

$ **76.50** on or before **February 26, 2014**

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date **12/4/13**

_____
United States Bankruptcy Judge

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy